# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## December 13, 2006

[Cite as *12/13/2006 Case Announcements*, 2006-Ohio-6447.]

## MERIT DECISIONS WITHOUT OPINIONS

**2006–1081. Acordia of Ohio, LLC v. Davis.**
Hamilton App. No. C–050559. On consideration of appellee's suggestion of mootness. Sua sponte, the court determines that the cause should be dismissed as moot. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1844. State ex rel. O'Neal v. Brunswick Police Dept.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1877. Day v. McMonagle.**
In Prohibition. On motion for summary judgment. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1907. State ex rel. Hayden v. Davis.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1952. State ex rel. Weaver v. Winkler.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–1961. Moton v. Kelly.**
In Habeas Corpus. On petition for writ of habeas corpus of Bert. L. Moton. Sua sponte, cause dismissed. Motion to replace respondent denied as moot.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2003–0647. State v. Conway.**
Franklin C.P. No. 02CR–1153. On motion to set execution date. Motion denied.

**2006–0540. Zappitelli v. Miller.**
Cuyahoga App. No. 85895, 2006-Ohio-279. On appellees' motion to strike appellants' merit brief and motion to dismiss appeal and appellants' motion to strike appellees' motions. All motions denied.